BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:12-cr-00360 AWI BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE AND [PROPOSED] ORDER |
| v. | |
| RAYMOND GENTILE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on December 19, 2016, at 10 a.m.

2. By this stipulation, the parties move to continue the sentencing to January 30, 2017, in order to allow the Court to consider and rule on the defendant's McIntosh motion, to accommodate the government's leave schedule, and to accommodate defense counsel's trial schedule.

3. The parties further stipulate to the following revised presentence schedule:

1

      a.    December 12, 2016:  distribution of draft presentence report;

      b.    December 27, 2016:  submission of informal objections;

      c.    January 3, 2017:  distribution of final presentence report;

      d.    January 9, 2017: filing of formal objections and sentencing memoranda;

      e.    January 17, 2015: filing of responses to formal objections and sentencing memoranda.

IT IS SO STIPULATED.

DATED:    November 9, 2016.    Respectfully submitted,

    BENJAMIN B. WAGNER
    United States Attorney

    /s/ Karen A. Escobar
    KAREN A. ESCOBAR
    Assistant United States Attorney

DATED:    November 9, 2016.

    /s/ Eric Fogderude
    ERIC FOGDERUDE
    Counsel for Defendant

**O R D E R**

IT IS SO FOUND AND ORDERED this _____ day of _____, 2016.

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2