1  PHILLIP A. TALBERT
   United States Attorney
2  KAREN A. ESCOBAR
   MELANIE A. ALSWORTH
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           | CASE NO. 1:12-CR-360 DAD

12 |                          Plaintiff,  | UNITED STATES' SUPPLEMENTAL
                                          | AUTHORITY
13 |                  v.

14 | RAYMOND ARTHUR GENTILE,

15 |                          Defendant.

16

17     The United States of America, by and through its undersigned counsel, brings the following

18 supplemental authority to the attention of the Court:

19     *United States v. Bagdasarian, et al.*, Case No. 1:11-cr-00352-LJO-SKO.

20     In that case, upon consideration of the legal authorities brought to this Court's attention, U.S.

21 District Judge Lawrence J. O'Neill ruled on March 6, 2017, that it is the defendant's burden of proving

22 his compliance with California medical marijuana law in the context of a *McIntosh* evidentiary hearing.

23 Doc. 104.  The government has requested a copy of the transcript and, upon receipt, will provide it to

24 this Court.  Doc. 105.

25 ////

26 ////

27 ////

28 ////

1 | In light of the foregoing, as well as the government's previously filed pleadings, it is respectfully
2 | requested that the Court deny this defendant's *McIntosh* motion.

Dated: March 16, 2017

PHILLIP A. TALBERT
United States Attorney
MELANIE A. ALSWORTH
Assistant United States Attorney

By: /s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney